IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:21CR258 |
| Plaintiff, | |
| vs. | ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| LINDA JENKINS, | |
| Defendant. | |

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum (Filing No. 7) be issued as requested.

DATED this 28th day of September, 2021.

BY THE COURT:

/s/ Susan M. Bazis
SUSAN M. BAZIS
United States Magistrate Judge