IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR258 |
| vs. | |
| LINDA JENKINS, | ORDER |
| Defendant. | |

This matter is before the court on Defendant's Motion for Extension to File Pretrial Motions [22]. For good cause shown, I find that the motion should be granted. Defendant will be given an approximate 60-day extension. Pretrial Motions shall be filed by December 20, 2021.

IT IS ORDERED:

1. Defendant's Motion for Extension to File Pretrial Motions [22] is granted. Pretrial motions shall be filed on or before December 20, 2021.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between October 19, 2021 and December 20, 2021, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

3. The Jury Trial set for 11/15/2021 at 9:00 AM in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Robert F. Rossiter Jr. is canceled and will be reset after pretrial motion deadline.

Dated this 21st day of October, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge